**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:26-cv-61588-MD**

**BARBARA CURRY**

**Plaintiff,**

**v.**

**EQUIFAX INFORMATION SERVICES, LLC**

**Defendant.**
______________________________________/

## NOTICE OF SETTLEMENT

Plaintiff Barbara Curry hereby gives notice that the Plaintiff and Defendant (the Parties") have reached a settlement with respect to Plaintiff's claims. The Parties anticipate filing a Stipulation of Dismissal within thirty (30) days.

Dated July 23, 2026

Respectfully Submitted

By: /s/ Tracey Cabanis
Tracey Cabanis, Esq.
Florida Bar No.: 52647
Tracey@AttorneyTracey.com
2719 Hollywood Blvd., A-1953
Hollywood, FL 33020
P:954-715-5152; F: 954-827-0967
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 23, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all parties and/or their counsel of record, by operation of the Court's electronic filing and docketing system.

Dated July 23, 2026

Respectfully Submitted

By: /s/ Tracey Cabanis
Tracey Cabanis, Esq.
Florida Bar No.: 52647
Tracey@AttorneyTracey.com
2719 Hollywood Blvd., A-1953
Hollywood, FL 33020
P:954-715-5152; F: 954-827-0967
Attorneys for Plaintiff